**L. RUTHER, Plaintiff–Appellant,**

v.

**GETTYSBURG COLLEGE, Defendant–Appellee.**

**No. 01–2209.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2002.

Decided March 15, 2002.

---

* It is likely that the offense actually was common law assault.

L. Ruther, pro se. Chandra Dore
Lantz, Hirschler, Fleischer, Weinberg,
Cox & Allen, Richmond, Virginia, for Appellee.

Before WILKINS, MICHAEL, and
KING, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

L. Ruther appeals the district court's
order dismissing his civil action. The record does not contain a transcript of the
hearing on conducted on September 14,
2000. Ruther has the burden of including
in the record on appeal a transcript of all
parts of the proceedings material to the
issues raised on appeal. Fed. R.App. P.
10(b); 4th Cir. Local R. 10(c). Appellants
proceeding on appeal in forma pauperis
are entitled to transcripts at government
expense only in certain circumstances. 28
U.S.C. § 753(f) (1994). By failing to produce a transcript or to qualify for the
production of a transcript at government
expense, Ruther has waived review of the
issues on appeal which depend upon the
transcript to show error. *Keller v. Prince
George's Co.,* 827 F.2d 952, 954 n. 1 (4th
Cir.1987). We therefore affirm the district
court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*